# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **BRANDACE J. HOPPER, EXECUTOR,**<br><br>Plaintiff,<br><br>vs.<br><br>**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and QUICKEN LOANS INC.,**<br><br>Defendants. | Civil No. 3:18-cv-00034-FDW-DSC<br><br>**Order Staying Deadlines** |

Before the Court is the Expedited Motion to Stay Deadlines, including the Deadline to Answer the Complaint (ECF No. 6) filed by Defendants Quicken Loans Inc. and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants"). Defendants move the Court to stay all deadlines in this action until the Court can rule on its Motion to Dismiss under Fed. R. Civ. P. 12(b)(6).

Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is **GRANTED**. The Court **STAYS** all deadlines in this matter—including the deadline to answer the Complaint. *See* Fed. R. Civ. P. 6(b) and 12(a)(4). Defendants shall not respond to the Complaint until fourteen days after the Court rules on Defendants' Motion to Dismiss or upon further order of the Court. Likewise, discovery shall not commence until further order of the Court.

**SO ORDERED.**

Signed: January 29, 2018

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge

Page 1 of 1